# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **SHEELA K. O'DONNELL, Individually and On Behalf of All Others Similarly Situated,** | ) | **Case No. 2:14-cv-01071** |
| | ) | |
| **Plaintiff,** | ) | **Judge Gregory L. Frost** |
| | ) | |
| v. | ) | **Mag. Judge Kimberly A. Jolson** |
| | ) | |
| **FINANCIAL AMERICAN LIFE INSURANCE COMPANY,** | ) | **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO VACATE MARCH 2, 2016 DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT** |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

For good cause shown, the Court hereby grants Plaintiff's Unopposed Motion to Vacate the March 2, 2016 Deadline to file a Motion for Summary Judgment.


SO ORDERED.


        /s/  GREGORY L. FROST
_____
UNITED STATES DISTRICT JUDGE